# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM A. S. FRANZEN  
1116 S. STEWART AVENUE  
FREEPORT, IL  61032  

SSN-xxx-xx-7607

Case Number: 08-73535

Case filed on: 10/31/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LAW OFFICES OF JAMES A. WEST | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | IRS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WILLIAM A. S. FRANZEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GMAC MORTGAGE | 13,381.49 | 13,381.49 | 0.00 | 0.00 |
| 002 | STATE BANK OF FREEPORT | 8,659.24 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 22,040.73 | 13,381.49 | 0.00 | 0.00 |
| 004 | ALLIANT CREDIT UNION | 7,214.91 | 7,214.91 | 0.00 | 0.00 |
| 005 | ALLSTATE PROPERTY & CASUALTY INS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ATTORNEY HOWARD H. PRESTWICH | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BLAINES FARM & FLEET PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BUSINESSMENS COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAUFIELD & FLOOD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COLLECTION SYSTEMS OF FREEPORT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DR. CHARLES JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FHN MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HALLOCK & TALLEY, ATTORNEYS AT LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | HSBC BUSINESS SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | UNITED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | WATER & SEWER COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | WATER & SEWER COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ZEP MANUFACTURING COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,214.91 | 7,214.91 | 0.00 | 0.00 |
|  | Grand Total: | 29,255.64 | 20,596.40 | 0.00 | 0.00 |

Total Paid Claimant:      $0.00  
Trustee Allowance:        $0.00  
Percent Paid Unsecured:    0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009              By  /s/Heather M. Fagan